IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA HUGGINS, <br><br> Plaintiff, <br><br> v. <br><br> EDLYN HEALTHCARE SERVICES, INC., a Domestic Profit Corporation, and MAUDLYN E. AKARUE, an Individual, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:22-cv-00307-LMM |

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the Parties to this action have reached an agreement in principle on all substantive terms in dispute in this matter. This case involves an FLSA claim. The Parties are currently reducing their agreement to writing and anticipate filing it within thirty (30) days for the Court to review and ~~, the parties request,~~ approve.

This 16th day of September, 2022

| | |
|---|---|
| **MARTIN & MARTIN, LLP** | **THE REDDY LAW FIRM, P.C.** |
| */s/ Thomas F. Martin* | /s/K. Prabhaker Reddy |
| Thomas F. Martin | K. PRABHAKER REDDY |
| Georgia Bar No. 482594 | Georgia Bar No. 597320 |
| Martin & Martin, LLP | The Gates at Sugarloaf 1325 Satellite Boulevard Suite 1506 |
| Post Office Box 1070 | Suwanee, Georgia 30024 |
| Tucker, Georgia 30085-1070 | Telephone: (678) 629-3246 |
| tfmartinlaw@msn.com | Facsimile: (678) 629-3247 |
| Telephone: 770-344-7267 | Email: kpr@reddylaw.net |
| Counsel for Plaintiff Jessica Huggins | Attorney for Defendants |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JESSICA HUGGINS,** | \* |
| Plaintiff, | \* |
| v. | \* CIVIL ACTION FILE |
| | \* NO. 1:22-cv-00307-LMM |
| **EDLYN HEALTHCARE SERVICES, INC.**, a Domestic Profit Corporation, and **MAUDLYN E. AKARUE**, an Individual, | \* |
| Defendants. | \* |

## **CERTIFICATE OF SERVICE**

This certifies that on the date below, the foregoing NOTICE OF SETTLEMENT was electronically filed with the Clerk of the Court, and notification of same will automatically be sent to all attorneys of record:

This 16th day of September, 2022.

*/s/ Thomas F. Martin*
Thomas F. Martin